# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSTEOPATHIC MEDICAL
ASSOCIATES OF NEVADA,

        Appellant,

vs.

WILLOW CREEK COMMUNITY
ASSOCIATION, INC., A NEVADA
NONPROFIT CORPORATION,

        Respondent.

No. 67691

**FILED**

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Susan Scann, District Judge
      Stephen Haberfeld, Settlement Judge
      Varricchio Law Firm
      Gibbs Giden Locher Turner Senet & Wittbrodt LLP
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-09977